IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA



IN THE MATTER OF THE
SEARCH OF INFORMATION
ASSOCIATED WITH ONE
GOOGLE EMAIL ADDRESS

Case No. 1:22MJ150

ORDER

The United States has submitted a motion requesting that the search warrant, application, and return filed in this case be sealed to protect an ongoing investigation and that the case caption be modified.

The Court determines that there is reason to believe that public access to the warrant documents will seriously jeopardize the investigation or unduly delay a trial, including giving targets an opportunity to avoid prosecution, destroy or tamper with evidence, or change patterns of behavior.

The Court has inherent authority to order the sealing of a warrant and affidavit. *Baltimore Sun Co. v. Goetz,* 886 F.2d 60, 64 (4th Cir. 1989). On the showing before the court, the court considers that the government has made a *prima facie* showing that justifies sealing the search warrant materials and modifying the case caption.

Therefore, IT IS HEREBY ORDERED that the search warrant, application, and return shall be placed under seal by the clerk and the case caption shall be modified as reflected above and in the government's motion to seal.

_____
L. PATRICK AULD
United States Magistrate Judge

Date 11/01/22